IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WANDA JOHNSON, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-23-2215 |
| BALT. POLICE DEPARTMENT, | * | |
| *Defendant*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 6th day of January, 2025 HEREBY ORDERED that:

1. Defendant's Motion to Dismiss the Amended Complaint (ECF No. 23) is GRANTED;

2. Plaintiff's Amended Complaint (ECF No. 20) is DISMISSED WITH PREJUDICE;

3. The Clerk of Court shall CLOSE this case; and

4. The Clerk of Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel.

/s/
Richard D. Bennett
United States Senior District Judge

1